**CARMEN A. TRUTANICH**, City Attorney (SBN 86629x)
**GARY G. GEUSS**, Chief Assistant City Attorney
**CORY M. BRENTE,** Supervising Assistant City Attorney
**RICHARD M. ARIAS** Deputy City Attorney (SBN 55416)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, CA  90012
Email: Richard.Arias@lacity.org
Phone No.: (213) 978-7025, Fax No.: (213) 978-8785

*Attorneys for Defendants* CITY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, JANELL SCHARBACH, RODOLFO RAMIREZ, DAVID KOEH, BENJAMIN JARASA, PAUL WILSON, RAMON MUNIZ, JOSE ANGULO, LONNIE BENSON, ANGELA LLERENAS, ANNETTE RAMIREZ, ROBERT PEREZ and DONATO LAPUZ

**MICHEL F. MILLS** (SBN 193002)
**JOHN R. COGORNO** (SBN 63966)
14121 Beach Boulevard
Westminister, California 92683
Email: lagunalaw@hotmail.com; cogorno@msn.com
Telephone: (714) 892-2936   Facsimile: (714) 892-5806

*Attorneys for Plaintiff* PAUL FASSOTH

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FASSOTH,<br><br>  *Plaintiff*<br><br>v.<br><br>CITY OF LOS ANGELES; CITY OF LOS ANGELES POLICE DEPARTMENT; CITY OF LOS POLICE OFFICER JANELL BADER; CITY OF LOS ANGELES POLICE OFFICER R. RAMIREZ #33275; and DOES 1 through 10;<br><br>  *Defendants*. | Case No.: CV 10-7880 JAK (JCGx)<br>Judge: John A. Kronstadt, Ctrm. 750<br><br>**ORDER GRANTING STIPULATION TO CONTINUE OSC RE: DISMISSAL** |

The Court having reviewed the Stipulation to Continue the Order to Show Cause Re: Dismissal and Joint Status Report, satisfactory proof having been made, and good cause appearing,

1

1  IT IS ORDERED that the Order to Show Cause Hearing currently scheduled for
2  September 17, 2012, at 1:30 p.m. in Courtroom 750, be continued to October 1, 2012, at
3  1:30 p.m. in Courtroom 750. If a dismissal is filed by September 28, 2012, no appearance
4  will be required on October 1, 2012.

8  DATED: September 14, 2012

                                                  UNITED STATES DISTRICT COURT JUDGE
                                                  JOHN A. KRONSTADT