1  **CARMEN A. TRUTANICH**, City Attorney (SBN 86629x)
   **GARY G. GEUSS**, Chief Assistant City Attorney
2  **CORY M. BRENTE,** Supervising Assistant City Attorney
   **RICHARD M. ARIAS** Deputy City Attorney (SBN 55416)
3  200 North Main Street, City Hall East, 6th Floor
   Los Angeles, CA  90012
4  Email: Richard.Arias@lacity.org
   Phone No.: (213) 978-7025, Fax No.: (213) 978-8785
5
   *Attorneys for Defendants* CITY OF LOS ANGELES, LOS ANGELES POLICE
6  DEPARTMENT, JANELL SCHARBACH, RODOLFO RAMIREZ, DAVID KOEH,
   BENJAMIN JARASA, PAUL WILSON, RAMON MUNIZ, JOSE ANGULO, LONNIE
7  BENSON, ANGELA LLERENAS, ANNETTE RAMIREZ, ROBERT PEREZ and
   DONATO LAPUZ
8
   **MICHEL F. MILLS** (SBN 193002)
9  **JOHN R. COGORNO** (SBN 63966)
   14121 Beach Boulevard
10 Westminister, California 92683
   Email: lagunalaw@hotmail.com; cogorno@msn.com
11 Telephone: (714) 892-2936   Facsimile: (714) 892-5806

12 *Attorneys for Plaintiff* PAUL FASSOTH

13
                    **UNITED STATES DISTRICT COURT**
14
            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
15

16 PAUL FASSOTH,                        )  Case No.: CV 10-7880 JAK (JCGx)
                                        )  Judge: John A. Kronstadt, Ctrm. 750
17              *Plaintiff*             )
                                        )
18     v.                               )
                                        )
19                                      )  **ORDER GRANTING STIPULATION**
   CITY OF LOS ANGELES; CITY OF         )  **TO CONTINUE OSC RE: DISMISSAL**
20 LOS ANGELES POLICE                   )
   DEPARTMENT; CITY OF LOS              )
21 POLICE OFFICER JANELL BADER;         )
   CITY OF LOS ANGELES POLICE           )
22 OFFICER R. RAMIREZ #33275; and       )
   DOES 1 through 10;                   )
23                                      )
                                        )
24              *Defendants*.           )
                                        )
25 _____       )

26     The Court having reviewed the Stipulation to Continue the Order to Show Cause Re:

27 Dismissal and Joint Status Report, satisfactory proof having been made, and good cause

28 appearing,

                                     1

1       IT IS ORDERED that the Order to Show Cause Hearing currently scheduled for

2  September 17, 2012, at 1:30 p.m. in Courtroom 750, be continued to October 1, 2012, at

3  1:30 p.m. in Courtroom 750.  If a dismissal is filed by September 28, 2012, no appearance

4  will be required on October 1, 2012.

5

6

7

8  DATED: September 14, 2012                 _____

                                    UNITED STATES DISTRICT COURT JUDGE

9                                      JOHN A. KRONSTADT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28